```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                        Case No. 14-05728-JJT
Christopher P. Greco                                          Chapter 13
Althea E. Lawrence
         Debtors                   CERTIFICATE OF NOTICE
District/off: 0314-5          User: LyndseyPr             Page 1 of 2              Date Rcvd: Feb 28, 2018
                              Form ID: 3180WJO2           Total Noticed: 38


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 02, 2018.
db/jdb         +Christopher P. Greco,    Althea E. Lawrence,    426 Clark St.,    Old Forge, PA 18518-1651
4582918        +Allied International Credit,    P.O. Box 4000,    Warrenton, Virginia 20188-4000
4621370         Bank of America, N.A.,    P.O. Box 660933,    Dallas, TX 75266-0933
4602364        +Citizens One Auto Finance,    443 Jefferson Blvd,    Warwick RI 02886-1321
4582924        +Comcast-PA,    Attn: Bankruptcy,    1555 Suzy St.,    Lebanon, Pennsylvania 17046-8318
4582925         Commonwealth Health,    670 N. River St.,    Plains, Pennsylvania 18705-1027
4582928         Emergency Care Services of PA, PC,    1201 Langhorne Newtown Rd.,
                 Langhorne, Pennsylvania 19047-1201
4582930        +Enhanced Recovery Corp.,    P.O. Box 57547,    Jacksonville, Florida 32241-7547
4582931        +First National Community Bank,    102 East Drinker St.,    Dunmore, Pennsylvania 18512-2491
4582932         Infinite Mind,    P.O. Box 406,    Farmingdale, New York 11735-0406
4582933        +Lackawanna County,    Clerk of Judicial Records,    Brooks Building,    436 Spruce St.,
                 Scranton, Pennsylvania 18503-1842
4635721        +MARINER FINANCE, LLC,    8211 TOWN CENTER DRIVE,    NOTTINGHAM, MD 21236-5904
4582936         Mariner Finance,    765 Kidder St.,    Branch 6008,    Wilkes-Barre, Pennsylvania 18702-6910
4582938        +NCC,    245 Main St.,    Dickson City, Pennsylvania 18519-1641
4582939        +Northland Group,    P.O. Box 390846,    Minneapolis, Minnesota 55439-0846
4582940        +Omni Insurance Company,    P.O. Box 105440,    Atlanta, Georgia 30348-5440
4582941         RBS Citizens, N.A.,    Consumer Loan Servicing,    RJW218,    P.O. Box 42002,
                 Providence, Rhode Island 02940-2002
4582947        +Wilkes-Barre General Hospital,    575 N. River St.,    Wilkes-Barre, Pennsylvania 18764-0001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4582917        +EDI: AFNIRECOVERY.COM Mar 01 2018 00:08:00      AFNI, Inc.,    1310 Martin Luther King Dr.,
                 P.O. Box 3427,    Bloomington, Illinois 61702-3427
4582920        +E-mail/Text: khaffn@allied-services.org Feb 28 2018 19:07:49      Allied Services,
                 Attn: Ed Karabin, Coll. Spec,    100 Abington Executive Park,
                 Clarks Summit, Pennsylvania 18411-2260
4582919        +E-mail/Text: khaffn@allied-services.org Feb 28 2018 19:07:49      Allied Services,
                 Attn: Kelly Haffner, Collection Coordina,    100 Abington Executive Park,
                 Clarks Summit, Pennsylvania 18411-2260
4582921        +EDI: BANKAMER.COM Mar 01 2018 00:08:00      Bank of America Home Loans,
                 Attn: Customer Service, Ca6-919-01-41,    P.O. Box 5170,    Simi Valley, California 93062-5170
4582922        +EDI: TSYS2.COM Mar 01 2018 00:08:00      Barclays,    Card Services,    P.O. Box 8802,
                 Wilmington, Delaware 19899-8802
4622124        +E-mail/Text: bncmail@w-legal.com Feb 28 2018 19:07:51      CERASTES, LLC,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
4582923        +EDI: CAPITALONE.COM Mar 01 2018 00:08:00      Capital One,    P.O 30285,
                 Salt Lake City, Utah 84130-0285
4617326         EDI: CAPITALONE.COM Mar 01 2018 00:08:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                 Charlotte, NC 28272-1083
4584540        +E-mail/Text: bankruptcy@cavps.com Feb 28 2018 19:07:53      Cavalry Investments, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
4582926        +EDI: CONVERGENT.COM Mar 01 2018 00:09:00      Convergent Outsourcing,    P.O. Box 9004,
                 Renton, Washington 98057-9004
4582927        +EDI: RCSFNBMARIN.COM Mar 01 2018 00:08:00      CreditOne,    P.O. Box 98873,
                 Las Vegas, Nevada 89193-8873
4582929        +E-mail/Text: bknotice@ercbpo.com Feb 28 2018 19:07:50      Enhanced Recovery Corp.,
                 8014 Bayberry Road,    Jacksonville, Florida 32256-7412
4582934        +EDI: RESURGENT.COM Mar 01 2018 00:08:00      LVNV Funding LLC,    P.O. Box 10497,
                 Greenville, South Carolina 29603-0497
4582935        +EDI: TSYS2.COM Mar 01 2018 00:08:00      Macy's,    Bankruptcy Processing,    P.O. Box 8053,
                 Mason, Ohio 45040-8053
4582937        +E-mail/Text: Bankruptcies@nragroup.com Feb 28 2018 19:08:03      National Recovery Agency,
                 2491 Paxton St.,    Harrisburg, Pennsylvania 17111-1036
4582944        +E-mail/Text: philadelphia.bnc@ssa.gov Feb 28 2018 19:07:54      Social Security Administration,
                 Mid-Atlantic Prgm. Srvc. Ctr.,    300 Spring Garden Center,
                 Philadelphia, Pennsylvania 19123-2992
4582943        +E-mail/Text: philadelphia.bnc@ssa.gov Feb 28 2018 19:07:54      Social Security Administration,
                 Office of Central Operations, 1500 Woodl,    Baltimore, Maryland 21241-1500
4582942         E-mail/Text: philadelphia.bnc@ssa.gov Feb 28 2018 19:07:54      Social Security Administration,
                 Northeastern Program,    1 Jamaica Center Plaza,    Jamaica, New York 11432-3898
4582945         E-mail/Text: bkrcy@ugi.com Feb 28 2018 19:07:59      UGI Utilities,    225 Morgantown Road,
                 Attn: Manager of Collections,    Reading, Pennsylvania 19611
4582946        +EDI: VERIZONEAST.COM Mar 01 2018 00:09:00      Verizon Bankruptcy Dept.,    500 Technology Drive,
                 Suite 550,    Weldon Spring, Missouri 63304-2225
                                                                                               TOTAL: 20
```

Case 5:14-bk-05728-JJT    Doc 38    Filed 03/02/18    Entered 03/03/18 00:48:38    Desc
                  Imaged Certificate of Notice    Page 1 of 4

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4885296         Carrington Mortgage Services, LLC,    1600 South Douglass Road, Suite 200-A, A
4641847         Carrington Mortgage Services, LLC,    1610 East Saint Andrew Place, B-150, San
                                                                             TOTALS: 2, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 02, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 28, 2018 at the address(es) listed below:

```
          Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
          Joshua I Goldman    on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Kevin S Frankel    on behalf of Creditor    Carrington Mortgage Services, LLC pa-bk@logs.com
          LeeAne O Huggins    on behalf of Creditor   Carrington Mortgage Services, LLC pabk@logs.com
          Thomas I Puleo    on behalf of Creditor    BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Tullio  DeLuca    on behalf of Debtor 1 Christopher P. Greco tullio.deluca@verizon.net
          Tullio  DeLuca    on behalf of Debtor 2 Althea E. Lawrence tullio.deluca@verizon.net
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                              TOTAL: 8
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Christopher P. Greco** | Social Security number or ITIN **xxx–xx–8791** |
| | First Name    Middle Name    Last Name | EIN _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Althea E. Lawrence** | Social Security number or ITIN **xxx–xx–1966** |
| | First Name    Middle Name    Last Name | EIN _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Middle District of Pennsylvania** | | |
| Case number:  **5:14–bk–05728–JJT** | | |

# Order of Discharge                                                                                  12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

    Althea E. Lawrence
    aka Althea Elaine Lawrence, aka Althea Lawrence, aka
    Althea Greco, aka Althea E. Greco

**By the court:**

February 28, 2018

                                                    Honorable John J. Thomas
                                                    United States Bankruptcy Judge

                                                    By: LyndseyPrice, Deputy Clerk

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

    ♦ debts that are domestic support obligations;

    ♦ debts for most student loans;

    ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

                                      **For more information, see page 2**

Form 3180WJO2                                **Chapter 13 Discharge**                                page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**