From: USBankruptcyCourts <USBankruptcyCourts@noticingcenter.com>
To: tullio.deluca <tullio.deluca@verizon.net>
Subject: U.S. Bankruptcy Court, Middle District of Pennsylvania - Returned Mail Notice, In re: Christopher P. Greco, Case Number: 14-05728, JJT, Ref: [p-118406432]
Date: Wed, Mar 7, 2018 2:39 pm
Attachments: R_P514057283180WJO10124.PDF (79K)

---

Notice of Returned Mail to Debtor/Debtor's Attorney

March 7, 2018

From: United States Bankruptcy Court, Middle District of Pennsylvania

Re: U.S. Courts, Bankruptcy Noticing Center - Returned Mail Notice

In re: Christopher P. Greco, Case Number 14-05728, JJT

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The bankruptcy court, through its Bankruptcy Noticing Center (BNC), attempted to mail the attached document to the recipient(s) listed below. However, the document was returned to the BNC as undeliverable. Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether the address should be updated.

**IMPORTANT**: THIS FORM MAY BE USED TO CHANGE A CREDITOR'S ADDRESS **ONLY IF** YOU LISTED THE CREDITOR IN YOUR SCHEDULES PREVIOUSLY. YOU CANNOT USE THIS FORM TO ADD A NEW CREDITOR.

Please confirm with the bankruptcy court whether this form may be used in place of filing a separate notice of change of address and/or an amended schedule. If so, please: 1) determine the updated address and send the attached document to the notice recipient; 2) type or print legibly the updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

**U.S. Bankruptcy Court
274 Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA 18701**

Notice Recipient's Address on Envelope
Returned to the Bankruptcy Noticing Center:

Allied International Credit
P.O. Box 4000
Warrenton, Virginia 20188-4000

THE UPDATED ADDRESS IS:

16635 Yonge St. #26

Newmarket, ON L3X 1V6

Canada

_Tullio DeLuca_    3-9-18
Signature of Debtor or Debtor's Attorney    Date

The Bankruptcy Noticing Center does not respond to messages regarding returned mail notification. Please contact the U.S. Court where the case is pending with questions or comments.

Case 5:14-bk-05728-JJT    Doc 41    Filed 03/15/18    Entered 03/15/18 14:28:30    Desc
Main Document    Page 2 of 2